# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREL WAYNE WIMBLEY,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 71940

**FILED**

JUN 2 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-21163

cc: Hon. Eric Johnson, District Judge
Harper Selim
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk